

# AMENDED MANDATE

# Court of Appeals

# First District of Texas

NO. 01-11-01034-CV

NEW YORK PARTY SHUTTLE, LLC, Appellant

V.

JOHN BILELLO, Appellee

Appeal from the 151st District Court of Harris County.   (Tr. Ct. No. 2008-74793).

**TO THE 151ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 21st day of February 2013, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 31, 2011.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, New York Party Shuttle, LLC, pay all appellate costs.
>
> It is further **ordered** that the appellee, John Bilello, recover from the supersedeas bond filed by the appellant New York Party Shuttle, LLC, and its sureties, Party Shuttle Tours, LLC and C. Thomas Schmidt, the amount of the judgment rendered above against the sureties, including all interest

accrued during the pendency of the appeal, as determined by the court below, up to but not in excess of the amount of the bond, after payment of which the sureties are released from further liability.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 21, 2013.

Panel consists of Justices Keyes, Sharp, and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 29, 2014

_____

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

